JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALLAN GARCIA, an individual, and MARIAH GARCIA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FRANKLIN A DIVISION OF NAT. CITY BANK OF IN, a business entity; HOME LOAN SERVICES, INC.; a business entity; NATIONSTAR MORTGAGE, LLC, a business entity; VERIPRO SOLUTIONS, INC., a business entity; WEST COAST SERVICING, INC., a business entity; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07063-SVW-JPR<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO DISMISS LITIGATION WITH PREJUDICE** |

Having considered the *Stipulation to Dismiss Litigation With Prejudice* entered into between *Plaintiffs* Allan Garcia and Mariah Garcia ("Plaintiffs") and *Defendants* Nationstar Mortgage LLC and Veripro Solutions, Inc. ("Defendants," and collectively with Plaintiffs, the "Parties"), and good cause appearing therefor,

**IT IS SO ORDERED** that the Stipulation is APPROVED.

**IT IS FURTHER ORDERED** that this action is hereby dismissed ***with prejudice*** as to Defendants.

**IT IS SO ORDERED.**

Dated: August 19, 2026

Honorable Judge Stephen V. Wilson